UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:  21-cr-02822-CAB |
|---|---|
| Plaintiff, | Hon. Cathy Ann Bencivengo |
| v. | **ORDER ON JOINT MOTION TO CONTINUE SENTENCING** |
| DANIEL RENTERIA VELASQUEZ, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the joint motion to continue is granted. The Sentence with Presentence Report currently set for April 8, 2022, at 9:00 a.m. shall be continued to June 3, 2022, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated:   4/4/2022                       _____
**HON. CATHY ANN BENCIVENGO**
United States District Court Judge